1  Gregory L Spallas – 129306
   Natasha Baker - 226981
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Phone (415) 278-9400
4  Fax  (415) 278-9411

   **LODGED**

   APR 2 8 2005

   **FILED**

   2005 APR 28  P 4  25

   CLERK US DIST COURT
   EASTERN DIST OF CALIF

   BY_____
          DEPUTY

5  Attorneys for Defendants
   WAL-MART STORES, INC
6  SYLVESTER MIRANDA and BOBBY MILLER
   and ERNIE RUIZ

   CLERK, U S DISTRICT/COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY _____
          DEPUTY CLERK

7

8

9                  UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

11

12  HERIBERTO CHAPA,                          Case No   CIV-F 03-6186 REC DLB

13          Plaintiff,
                                              **STIPULATED ORDER FOR DISMISSAL**
14          vs                                **OF ACTION WITH PREJUDICE**

15  WAL-MART STORES, INC , Corporation,       [FRCP 41(a)(1)]
    ERNIE RUIZ, JR , an individual,
16  SYLVESTER MIRANDA, an individual,
    BOBBY MILLER, an individual and DOES 1-)
17  100 inclusive,

18          Defendant

19

20         IT IS HEREBY STIPULATED by and between plaintiff HERIBERTO CHAPA and

21  defendants WAL-MART STORES, INC , BOBBY MILLER  ERNIE RUIZ and SYLVESTER

22  MIRANDA, by and through their attorneys of record, that the above-captioned action be and

23  hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as the

24  case has been informally resolved in an out-of-court settlement

25  Dated                              **Wagner & Jones**

26                                     By _____
                                          Nicholas Wagner
27                                        Attorney for Plaintiff
28                                        Heriberto Chapa

                                     -1-

1    Dated  April 21, 2005                     **PHILLIPS, SPALLAS & ANGSTADT LLP**

2

3                                             By    _Matasha g Baker_
4                                                   Gregory Spallas
                                                    Natasha Baker
5                                                   Attorney for Defendants
                                                    WAL-MART STORES, INC ,
6                                                   BOBBY MILLER, ERNIE RUIZ and
7                                                   SYLVESTER MIRANDA

8

9    **IT IS SO ORDERED**

10

11

12

13

14   DATED _April 2 2_ , 2005              _____
15                                         JUDGE OF THE DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              -2-